**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DORAL MOON, : No. 23 MAL 2016
:
      Petitioner :
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
      v. :
:
:
:
DAUPHIN COUNTY, :
:
      Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.